AO 245H (3/96) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## Eastern District of Missouri

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | **(For a Petty Offense)** - Short Form |
| Danielle C. Guilliams | CASE NUMBER: 4:07CR45AGF |

**THE DEFENDANT:**

John Bouhasin
Defendant's Attorney

☒ pleaded guilty to count(s) 1 of the Information on 2/26/07

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR, Section 4.23(a)(2) | Unlawfully operated and was in actual physical control of a motor vehicle while under the influence of alcohol | 3/26/06 | 1 |

☐ Count(s) _____ dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.

| | Assessment | Fine |
|---|---|---|
| | $10.00 | $1,000.00 |
| Totals: | $10.00 | $1,000.00 |

The special assessment of $10 is due immediately. The fine of $1,000 is due within 3 months of this judgment.

Defendants Soc. Sec. No. 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
Defendant's Date of Birth.: 8/20/87
Defendant's USM No.: n/a
Defendant's Residence Address:
6734 Telegraph Road
St. Louis, MO 63129

Defendant's Mailing Address:
SAME AS ABOVE.

February 26, 2007
Date of Imposition of Judgment

*Audrey G. Fleissig* (signature)
Signature of Judicial Officer

Audrey G. Fleissig
United States Magistrate Judge
Name and Title of Judicial Officer

February 26, 2007
Date